UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00173-FDW-WCM

| | |
|---|---|
| MELISSIA BALLEW FREEMAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Complaint, (Doc. No. 1), and Defendant's Motion for Remand, (Doc. No. 11), to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding. The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby, under sentence four of 42 U.S.C. § 405(g), remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS SO ORDERED.**

Signed: January 25, 2024

Frank D. Whitney
United States District Judge

1